1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>                Defendants. | NO. 2:20-cv-01105<br><br>INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION |

INDEX OF DECLARATIONS IN
SUPPORT OF PLAINTIFF STATE OF
WASHINGTON'S MOTION FOR
PRELIMINARY INJUNCTION
No. 2:20-01105

1

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**Declarations in Support of Washington's Motion for Preliminary Injunction**

| ECF No. | Name | Title |
|---|---|---|
| 6 | Karter Booher | Executive Director of Ingersoll Gender Center |
| 7 | David Iseminger | Director of the Employees and Retirees Benefits Division at the Washington Health Care Authority |
| 8 | Brandon Knox | Program Director at Lambert House |
| 9 | Beth Krehbiel | Office Chief of Medicaid & Eligibility for the Washington State Department of Social and Health Services |
| 10 | Myron Bradford "Mike" Kreidler | Washington State Insurance Commissioner |
| 11 | Everett Maroon | Commissioner of the Washington State Lesbian, Gay, Bisexual, Transgender, and Queer (LGBTQ) Commission |
| 12 | Jason McGill | Division Director for Medicaid Program Operations and Integrity at the Washington State Health Care Authority |
| 13 | Bill Moss | Assistant Secretary to the Washington Department of Social and Health Services, Aging and Long-Term Support Administration |
| 14 | Thea N. Mounts | Senior Forecast and Research Manager for Washington State Office of Financial Management |
| 15 | Kathy L. Oline | Assistant Director of Research and Fiscal Analysis for the Washington State Department of Revenue |
| 16 | David Reed | Section Manager for Adult Behavioral Health Services at Washington Health Care Authority |

INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFF STATE OF WASHINGTON'S MOTION FOR PRELIMINARY INJUNCTION
No. 2:20-01105

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| 17 | Michele Roberts | (acting) Assistant Secretary for the division of Prevention and Community Health (PCH) at the Washington State Department of Health (DOH) |
|----|----|----|
| 18 | Kenneth Shulman | Executive Director of Lambert House |
| 19 | Jessica Todorovich, | Chief of Staff at the Washington State Department of Health (DOH) |
| 20 | Dr. Chelsea Unruh | Founder of Unruhly Medicine, PLLC, Family Medicine Practitioner at Yelm Family Medicine |
| 21 | Elayne Wylie | Co-Executive Director of Gender Justice League |
| 22 | Daniel Zeitlin | Director of Policy, Data, Performance and Integrity Division at Washington Employment Security Department |

INDEX OF DECLARATIONS IN
SUPPORT OF PLAINTIFF STATE OF
WASHINGTON'S MOTION FOR
PRELIMINARY INJUNCTION
No. 2:20-01105

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744