1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | NO.   2:20-cv-01105 |
| Plaintiff, | DECLARATION OF BRANDON KNOX |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services, | |
| Defendants. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF BRANDON KNOX

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1                     **DECLARATION OF BRANDON KNOX**

2        I, BRANDON KNOX, declare under penalty of perjury under the laws of the United

3 States of America that the foregoing is true and correct:

4        1.    I am over the age of 18, have personal knowledge of the facts and circumstances

5 in this Declaration, and am competent to testify in this matter.

6        2.    I am currently a Program Director at Lambert House, an agency dedicated to

7 building community and strengthening supports for Washington's LGBTQ youth. Lambert

8 House empowers LGBTQ youth through the development of leadership, social, and life

9 skills.

10        3.    Lambert House has been supporting LGBTQ Youth in Washington since the

11 1980s and was the first independent, self-sustaining LGBTQ youth organization in the world to

12 receive IRS tax-exempt designation in 1981. Lambert House is the one social service agency in

13 the greater Seattle area dedicated solely to LGBTQ youth.

14        4.    I previously served as a Faculty Advisor for the LGBTQ Student Club while on

15 the staff at Central Washington University. I served in that capacity for three years.

16        5.    I received my bachelor's degree from the University of Washington and studied

17 Educational Leadership at the University of Nevada, Reno.

18        6.    In my role as Program Director at Lambert House, the LGBTQ youth we serve

19 have shared stories of discrimination in healthcare.

20        7.    Many of the transgender youth we serve are uncomfortable in medical settings

21 because they are often misgendered, not addressed by their preferred pronouns, and not

22 addressed by their chosen name (aligned with their gender identity). These microaggressions

23 are particularly harmful to young people.

24        8.    I am also a gay man. As such, I have personal experience with the barriers to

25 adequate and non-discriminatory healthcare by members of the LGBTQ community. Because

26

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

of the explicit and implicit biases against LGBTQ people within the healthcare setting, accessing care is often anxiety producing.

9.     One interaction I experienced stands out as particularly uncomfortable and inappropriate. In 2013 I was living in Ellensburg Washington and through my insurance I had to establish my primary care physician at Ellensburg Family Health Care. During that year I became very ill and after a week I went to see my doctor, who ordered a number of tests, including for flu and strep. Both tests came back negative and my doctor advised that if I did not improve that I should come back in three to four days.

10.     After no improvement, I went in for a second appointment. I was exhausted, achy, feverish, congested, and had a raw sore throat. My doctor asked if I was sexually active, and I said yes. He asked, "with a woman?" I said, "with a man." I observed my doctor tense and he looked very uncomfortable. He stated that, "in order to provide you with the best medical care, we're going to need to test you for STDs."

11.     The doctor did not follow up that statement with questions about my sexual practices, my partner, or anything that would have been appropriate protocol if an STD was suspected.

12.     I was very uncomfortable with the medical advice and felt certain that the doctor recommended these tests because I am a gay man, not because my symptoms presented that they were medically necessary.

13.     After arranging for the tests, the doctor advised that it was not his practice to give results over the phone and that I would get a call when they were ready so I could come in to discuss them. It felt as though he assumed there would be positive results. The doctor then advised the following; "my only medical advice for you is to stay away from the dirty nasties." I was shocked that those words came out of the mouth of a doctor. I was already feeling terrible because I was so sick, but the doctor's behavior made me feel worse.

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

14.   A few days later I got a call from the doctor advising me that the results were negative. The fact that the doctor gave me results over the phone, after telling me that I would have to come in to discuss them, further revealed his assumption that they were going to be positive.

15.   After that experience at the clinic in Ellensburg, I was not comfortable continuing my healthcare there. Unfortunately, it was the only clinic that was in-network with my insurance plan so I put off routine medical appointments and had to seek future serious medical care at an urgent care clinic in Cle Elum, which was 30 minutes away.

16.   My experience underscores the fact that discrimination against LGBTQ individuals in healthcare exists in Washington and its impact is harmful.

17.   The protections from discrimination against LGBTQ people in healthcare that were included in Section 1557 of the Affordable Care Act ("ACA"), published by the U.S. Department of Health and Human Services ("HHS") in 2016 (the Final Rule) were designed to protect my community from the kind of treatment I received in 2013.

18.   I understand that the Federal Department of Health and Human Services (HHS) has issued a new regulation entitled "Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority," 85 Fed. Reg. 37160-248 (the "Final Rule"), which was published in the Federal Register on June 19, 2020. I understand that the Final Rule specifically rolls back protection from healthcare discrimination on the basis of sexual orientation and gender identity or transgender status. I am concerned that this rollback of protections will result in more LGBTQ individuals experiencing the kind of discrimination and inadequate healthcare I experienced.

19.   Based on my experiences as a gay man in Washington State, as well as what I have learned from the youth that I serve, friends and colleagues, I am concerned that the Final Rule creates more barriers to appropriate healthcare for LGBTQ Washingtonians. The harmful impacts of those barriers will be pronounced in rural areas like Ellensburg where healthcare

1  options are limited. LGBTQ individuals who experience bias and inappropriate care will have
2  to travel further, at greater cost and inconvenience to receive culturally competent care, and it
3  is likely that a significant number of individuals will postpone healthcare services for that
4  reason, leading to negative health outcomes.

5       I declare under penalty of perjury under the laws of the United States and the State of
6  Washington that the foregoing is true and accurate.

7

8  DATED this _14th_ day of July, 2020, in _Seattle_ , Washington

9

10                                        BRANDON KNOX

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BRANDON KNOX       4