**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, | NO.   2:20-cv-01105 |
| Plaintiff, | DECLARATION OF JASON MCGILL |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services, | |
| Defendants. | |

I, Jason McGill, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.   I am over the age of 18 and competent to testify in this matter.

2.   I am the Division Directory for Medicaid Program Operations and Integrity at the Washington State Health Care Authority (HCA), responsible for oversight of this program.

3.   Prior to joining HCA, I worked as an attorney in private practice, then with the Washington State Attorney General's Office as an Assistant Attorney General;

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

later with the state Department of Labor & Industries, the state's worker's compensation program, as Medical Administrator; and most recently with the Office of the Governor as Health Policy Advisor.

4.      I hold degrees in Business and Law from Seattle University respectively.

5.      HCA purchases health care for Washington residents through Apple Health (Medicaid), the Public Employee Benefits Board (PEBB) Program, the School Employee Benefits Board (SEBB) Program, and the Contract of Free Association (COFA) Islander Health Care Program. More than 2.5 Washingtonians receive health care services through programs financed and administered by HCA, making HCA the largest health care purchaser in Washington.

6.      I am familiar with the rule of the Department of Health and Human Services entitled "Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority," 81 Fed. Reg. 31375-473 (the "Final Rule"), which was published in the Federal Register on June 19, 2020.

7.      It is my understanding the Final Rule removes previous requirements that covered health care programs or activities provide participants with a notice of nondiscrimination policies and taglines informing individuals that foreign language assistance or translation services are available when they obtain health care.

8.      In 2013, HCA provided spoken interpreter and American Sign Language services to 47,150 individuals, who made a total of 149,826 claims.

9.      In 2014, HCA provided spoken interpreter and American Sign Language services to 64,939 individuals, who made a total of 233,099 claims.

10.      In 2015, HCA provided spoken interpreter and American Sign Language services to 77,701 individuals, who made a total of 285,646 claims.

11.      In 2016, HCA provided spoken interpreter and American Sign Language services to 84,042 individuals, who made a total of 325,061 claims.

12. In 2017, HCA provided spoken interpreter and American Sign Language services to 91,125 individuals, who made a total of 367,996 claims.

13. In 2018, HCA provided spoken interpreter and American Sign Language services to 93,171 individuals, who made a total of 385,327 claims.

14. In 2019, HCA provided spoken interpreter and American Sign Language services to 96,574 individuals, who made a total of 409,851 claims.

15. HCA's data shows a continued and growing demand in Washington for spoken interpreter and American Sign Language services for individuals who seek access to health care.

16. I believe effective communication between health care providers and Limited English Proficiency individuals for purposes of diagnosis, treatment options, proper use of medication, obtaining informed consent, and insurance coverage is critical to avoid adverse health consequences.

17. The Rule's previous requirement that covered entities must include taglines in the top 15 non-English languages in Washington plays a vital role in ensuring meaningful access to healthcare and healthcare related programs.

18. I believe elimination of the tagline requirement will adversely impact those individuals who currently access HCA's spoken interpreter and American Sign Language services.

EXECUTED on this 13th day of July, 2020 in Olympia, Washington.

JASON MCGILL

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744