1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10 | STATE OF WASHINGTON,

11 | Plaintiff,

12 | v.

13 | UNITED STATES DEPARTMENT OF
     HEALTH AND HUMAN SERVICES;
14 | ALEX M. AZAR, in his official capacity as
     the Secretary of the United States
15 | Department of Health and Human Services,

16 | Defendants.

NO.   2:20-cv-01105-JDD

DECLARATION OF
DANIEL ZEITLIN

17

18      Pursuant to 28 U.S.C. § 1746(2), I, Daniel Zeitliin, declare under penalty of perjury under

19 the laws of the United States of America that the foregoing is true and correct:

20      1.      I am over the age of 18 and competent to testify in this matter.

21      2.      I have been with the Employment Security Department since January 1, 2018, I

22 am the Director of the Policy, Data, Performance and Integrity Division. In that role, among

23 other things, I oversee employment-related data collection and analysis.

24
25
26

DECLARATION OF DANIEL ZEITLIN

3.      In my position, I am responsible for making revenue projections based on changes to employment tax laws, or otherwise to project the increases or decreases in employment tax revenues as a result of various events or circumstances.

4.      I am familiar with the rule of the Department of Health and Human Services entitled "Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority," 85 Fed. Reg. 37160-248 (the "Final Rule"), which was published in the Federal Register on June 19, 2020.

5.      I have been asked to evaluate the impact of the Final Rule on tax revenues collected by the Employment Security Department on the basis of certain conclusions by the Washington State Department of Health (DOH) as to increases in the unemployment of transgender persons as a result of losing healthcare coverage because of the new Final Rule.

6.      I also understand DOH estimates that, as a result of this loss of coverage, several thousand transgender persons are expected to be denied hormone therapy or surgical procedures related to gender transition, and more will therefore suffer depression, leading to an estimated minimum of 80 to 248 more lost jobs for every five year period beginning when the new regulation takes effect. That means at least 320 to 992 lost jobs over the next twenty years. Declaration of Michele Roberts, ¶ 20.

7.      Assuming these increased job losses over the next two decades, I have estimated the consequent decrease in certain employment tax revenues collected and the increase in unemployment insurance benefits paid by Washington State's unemployment insurance trust fund. I have not estimated the loss of tax revenues or the loss of funds through paying benefits as a result of unemployment caused by violence against transgender persons, substance abuse, or attempted suicide, all of which can be expected to increase the incidence of unemployment among this group of Washingtonians. *Id.* at ¶ 21.

8.      I have estimated two of the taxes Washington State imposes on payrolls, including (1) unemployment insurance benefits tax; and (2) the Paid Family and Medical

1  Leave benefits premiums. In addition, a greater incidence of unemployment will result in (3)

2  additional unemployment insurance benefits being paid to claimants who lost jobs, meaning a

3  loss for the State's fund by that amount.

4          9.      Based on the data provided by DOH, and assuming that each person who

5  experiences a job loss experiences the average number of weeks of unemployment and the

6  employer does not fill the position during those weeks of unemployment, and assuming that

7  the Paid Family and Medical Leave premium rate continues at 0.4%, I estimate that, if the

8  Final Rule takes effect, Washington State will lose Paid Family Leave benefit tax revenues

9  over the next 20 years in the amount of at least between $9,969 to $30,905 if every job lost

10  pays a rate of $30,000 per year, between $14,954 and $46,357 if every job lost pays at a rate of

11  $45,000 per year, or between $19,938 and $61,809 if every job lost pays at a rate of $60,000

12  per year.

13          10.     Based on the data provided by DOH, and assuming again that each person who

14  experiences a job loss experiences the average number of weeks of unemployment, and

15  assuming the recipiency rate of 50%, I estimate that, if the Final Rule takes effect, Washington

16  State will lose over the next 20 years unemployment insurance tax revenues in the amount of at

17  least between $180,480 and $559,488 if every job lost pays at a rate of $30,000 per year,

18  between $270,720 and $839,232 if every job lost pays at a rate of $45,000 per year, or between

19  $339,904 and $1,053,702 if every job lost pays $60,000 per year.

20          11.     Finally, based on the data provided by DOH, and assuming again that each

21  person who experiences a job loss experiences the average number of weeks of unemployment

22  and the recipiency rate of 50%, I estimate that, if the Final Rule takes effect, Washington State

23  will pay out in benefits and lose over the next 20 years the amount of at least between

24  $623,700 and $1,933,470 if every job lost pays at a rate of $30,000 per year, between $935,550

25  and $2,900,205 if every job lost pays at a rate of $45,000 per year, or between $1,247,400 and

26  $3,886,940 if every job lost pays $60,000 per year.

DECLARATION OF DANIEL ZEITLIN       3       **ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1          12.     While it is difficult to estimate the exact loss to Washington State without

2  knowing the precise rate of pay earned by the hundreds of persons DOH expects to lose a job,

3  it is safe to say that the estimated job losses will cost Washington State a minimum of millions

4  dollars in lost Paid and Family Leave and unemployment insurance tax revenues and

5  unemployment insurance benefits paid out to claimants.

6  EXECUTED on this 14th day of July, 2020 in Olympia, Washington.

7

8                                      DANIEL ZEITLIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF DANIEL ZEITLIN        4