The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>　　　　　　　Defendants. | NO. 2:20-cv-01105-JLR<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 20, 2020, the following documents were electronically filed with the Clerk of the Court using the CM/ECF system:

- Summonses to Defendants, dated 07/20/2020 and signed by the Clerk of Court with the Court's Seal.

I further hereby certify that on July 20, 2020, I caused to be mailed via United States Postal Service, Certified Mail, the above documents to the following:

U.S. Department of Health and Human Services
Office of the General Counsel
200 Independence Avenue SW
Washington, D.C. 20201

CERTIFICATE OF SERVICE
No. 2:20-cv-01105-JLR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Alex M. Azar, U.S. Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue SW
Room 120F
Washington, D.C. 20201

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Civil-Process Clerk
United Sates Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 20th day of July, 2020.

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General

*s/ Neal Luna*
NEAL LUNA, WSBA No. 34085
MARSHA CHIEN, WSBA No. 47020
BRIAN SUTHERLAND, WSBA No. 37969
Assistant Attorneys General
Attorneys for Plaintiff State of Washington
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 464-7744
Neal.Luna@atg.wa.gov
Marsha.Chien@atg.wa.gov
Brian.Sutherland@atg.wa.gov

CERTIFICATE OF SERVICE
No. 2:20-cv-01105-JLR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744