**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

July 21, 2020

**STATE OF WASHINGTON V. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL**
Case # 2:20–cv–01105–JLR

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Pendency of Other Action**
> Per LCR 3(h) whenever a party knows or learns its pending case involves all or a material part of the same subject matter and all or substantially the same parties as another action that is pending in any other federal or state court, before an administrative body, or before an arbitrator, **the party must file a Notice of Pendency of Other Action within five days of learning of the other action.** This Notice should be electronically filed as soon as possible using the event "Notice of Pendency of Other Action" found under the "Notices" category.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file