The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>　　　　　　　Defendants. | NO. 2:20-cv-01105-JLR<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 21, 2020, the following document was electronically filed with the Clerk of the Court using the CM/ECF system:

- Notice of Pendency of Other Action

I further certify that on July 22, 2020, I caused to be mailed via United States Postal Service, Certified Mail, the above document to the following:

    U.S. Department of Health and Human Services
    Office of the General Counsel
    200 Independence Avenue SW
    Washington, D.C. 20201

CERTIFICATE OF SERVICE
No. 2:20-cv-01105-JLR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

Alex M. Azar, U.S. Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue SW
Room 120F
Washington, D.C. 20201

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Civil-Process Clerk
United Sates Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 22nd day of July, 2020.

                                                                *s/ Anna Alfonso*
                                                                ANNA ALFONSO
                                                                Legal Assistant
                                                                Wing Luke Civil Rights Division
                                                                Office of the Washington State Attorney General
                                                                800 Fifth Avenue, Suite 2000
                                                                Seattle, WA 98104
                                                                Phone: (206) 464-7744
                                                                anna.alfonso@atg.wa.gov

CERTIFICATE OF SERVICE
No. 2:20-cv-01105-JLR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744