The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:20-cv-01105-JLR |
| Plaintiff, | NOTICE OF MOTION RENOTED |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,, | |
| Defendants. | |

TO:        All Counsel of Record;

AND TO:  The Clerk of the above-entitled Court.

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that the following motion has been renoted in CM/ECF for the day indicated:

MOTION:   Plaintiff's Motion for Preliminary Injunction

DATE:         August 14, 2020

NOTICE OF MOTION RENOTED
NO. 2:20-cv-01105-JLR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1     DATED this 29th day of July, 2020.

2

3                                           Respectfully Submitted,

4                                           ROBERT W. FERGUSON
                                           Attorney General

5
                                           *s/ Brian Sutherland*
6                                            NEAL LUNA, WSBA No. 34085
                                           MARSHA CHIEN, WSBA No. 47020
7                                            BRIAN SUTHERLAND, WSBA No. 37969
                                           Assistant Attorneys General
8                                            Attorneys for Plaintiff State of Washington
                                           Wing Luke Civil Rights Division
9                                            Office of the Washington State Attorney General
10                                          800 Fifth Avenue, Suite 2000
                                           Seattle, WA 98104-3188
11                                          Phone: (206) 464-7744
                                           Neal.Luna@atg.wa.gov
12                                          Marsha.Chien@atg.wa.gov
13                                          Brian.Sutherland@atg.wa.gov

NOTICE OF MOTION RENOTED
NO. 2:20-cv-01105-JLR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that the service of the foregoing document will be accomplished via Certified Mail to the following:

U.S. Department of Health and Human Services
Office of the General Counsel
200 Independence Avenue SW
Washington, D.C. 20201

Alex M. Azar, U.S. Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue SW
Room 120F
Washington, D.C. 20201

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Civil-Process Clerk
United Sates Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 29th day of July, 2020.

*s/ Anna Alfonso*
ANNA ALFONSO
Legal Assistant

NOTICE OF MOTION RENOTED
NO. 2:20-cv-01105-JLR

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744