The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>Defendants. | NO. 2:20-cv-01105-JLR<br><br>JOINT REQUEST FOR REMOTE ORAL ARGUMENT SETTING<br><br>NOTED ON MOTION CALENDAR: AUGUST 14, 2020 |

Plaintiff, State of Washington, and Defendants, United States Department of Health and Human Services (HHS) and Alex M. Azar, respectfully submit this Joint Request for Oral Argument Setting in this case, showing the Court as follows:

1. Plaintiff filed this case on July 16, 2020, alleging that a Final Rule implementing Section 1557 of the Affordable Care Act published by Defendants on June 19, 2020 violates the Administrative Procedure Act, 5 U.S.C. § 701 et seq. and the Fifth and Fourteenth Amendments to the United States Constitution. Compl., ECF No. 1.

2. Because the Final Rule is set to take effect on August 18, 2020, *id.* at ¶ 53, Plaintiff also filed a Motion for Preliminary Injunction to enjoin and stay the Final Rule and requesting oral argument, Pl's. Mot. for Prelim. Inj., ECF No. 4.

JOINT REQUEST FOR REMOTE
ORAL ARGUMENT SETTING
NO. 2:20-cv-01105-JLR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

3.  As a result of the COVID-19 pandemic, the Court is not currently holding hearings in person, and is instead holding most hearings by video or telephonic conference.

4.  Accordingly, the parties jointly request that the Court schedule any hearing on Plaintiff's Motion for Preliminary Injunction to be conducted by remote means, preferably on August 14, 2020 or August 17, 2020.

DATED this 3rd day of August, 2020.

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General

 *s/ Brian Sutherland*
NEAL LUNA, WSBA No. 34085
MARSHA CHIEN, WSBA No. 47020
BRIAN SUTHERLAND, WSBA No. 37969
Assistant Attorneys General
Attorneys for Plaintiff State of Washington
Wing Luke Civil Rights Division
Office of the Washington State
Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 464-7744
Neal.Luna@atg.wa.gov
Marsha.Chien@atg.wa.gov
Brian.Sutherland@atg.wa.gov

 *s/ William K. Lane*
WILLIAM K. LANE III
(D.C. Bar # 1034955)
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 305-7920
william.lane2@usdoj.gov

JOINT REQUEST FOR REMOTE
ORAL ARGUMENT SETTING
NO. 2:20-cv-01105-JLR

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that the service of the foregoing document will be accomplished via Certified Mail to the following:

U.S. Department of Health and Human Services
Office of the General Counsel
200 Independence Avenue SW
Washington, D.C. 20201

Alex M. Azar, U.S. Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Avenue SW
Room 120F
Washington, D.C. 20201

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Civil-Process Clerk
United Sates Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DATED this 3rd day of August, 2020.

*s/ Anna Alfonso*
ANNA ALFONSO
Legal Assistant
Wing Luke Civil Rights Division
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 464-7744
anna.alfonso@atg.wa.gov

JOINT REQUEST FOR REMOTE
ORAL ARGUMENT SETTING
NO. 2:20-cv-01105-JLR

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744