# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>　　　　　　Defendants. | No. 2:20-cv-01105-JLR<br><br><br><br>**MOTION FOR LEAVE TO FILE BRIEF OF U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS** |

Elizabeth B. Wydra
Brianne J. Gorod
Ashwin P. Phatak
CONSTITUTIONAL ACCOUNTABILITY
　CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036-2513
Tel: (202) 296-6889
brianne@theusconstitution.org

Douglas N. Letter
　*General Counsel*
Todd B. Tatelman
Megan Barbero
Josephine Morse
William E. Havemann
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Tel: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Amicus U.S. House of Representatives*

MOTION TO FILE BRIEF OF U.S. HOUSE OF
REPRESENTATIVES AS *AMICUS CURIAE*
Case No. 2:20-CV-01105

OFFICE OF THE GENERAL COUNSEL, U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Bldg., Washington, D.C. 20515
(202) 225-9700

*Amicus curiae* U.S. House of Representatives respectfully moves the Court for leave to file the attached *amicus curiae* brief in support of Plaintiff's Motion for Preliminary Injunction (Dkt. No. 4).  All parties have consented to the filing of this amicus brief.  A copy of the proposed *amicus curiae* brief is appended as an exhibit to this motion.  The House filed an identical brief *amicus curiae* in two similar cases in the U.S. District Court for the District of Columbia, *see* Dkt. Nos. 34, 36, *Whitman-Walker Clinic, Inc., et al. v. U.S. Dep't of Health and Human Servs.*, Case No. 20-cv-01630-JEB (July 15, 2020), and the U.S. District Court for the Eastern District of New York, *see* Dkt. Nos. 13, 14, *Walker, et al., v. Azar, et al.*, Case No. 20-cv-02834-FB-SMG (July 22, 2020), with authorization from those courts.

## I.   IDENTITY AND INTEREST OF *AMICUS*

*Amicus* is the U.S. House of Representatives.  The Trump Administration has issued a new rule to implement Section 1557 of the Patient Protection and Affordable Care Act, and that new rule withdraws protection against discrimination in health care because of an individual's sexual orientation or gender identity.  Proposed *amicus* has a special interest in the subject matter of this case because this case involves the question whether that new rule is consistent with the Act, a law duly enacted by Congress.  The House has a strong institutional interest in the effective implementation of the Affordable Care Act and in ensuring that the millions of Americans who have benefited from its reforms and protections continue to do so.

## II.   REASONS WHY MOTION SHOULD BE GRANTED

District courts have "broad discretion" to appoint *amici curiae*.  *Skokomish Indian Tribe v. Goldmark*, No. C13-5071JLR, 2013 WL 5720053, at *1 (W.D. Wash. Oct. 21, 2013) (quoting *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)).  District courts may consider briefs from non-parties "concerning legal issues that have potential ramifications beyond the parties directly

MOTION TO FILE BRIEF OF U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE*
Case No. 2:20-CV-01105

OFFICE OF THE GENERAL COUNSEL, U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Bldg., Washington, D.C. 20515
(202) 225-9700

involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Id.* (quoting *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005)). The "classic role" of *amici curiae* is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982).

The proposed *amicus* brief offers the Court the unique perspective of the House regarding the reasons it passed the Affordable Care Act. Specifically, as the proposed *amicus* brief explains, Congress passed the Affordable Care Act after significant study into the problems with then-existing health insurance markets, and the House is thus particularly well suited to explain to the Court why Congress enacted this landmark legislation and how it has helped ensure that all Americans have access to quality, affordable health insurance and care, including through Section 1557's broad prohibition on discrimination in health care. For those reasons, *amicus* has unique knowledge about, and a strong interest in, the question whether the Trump Administration's decision to withdraw certain existing protections against discrimination in health care for LGBTQ individuals is consistent with the plan that Congress put in place when it passed the Affordable Care Act. As *amicus* knows, it is not.

### III.    TIMELINESS

Proposed *amicus* submits this motion, and the attached proposed brief *amicus curiae*, on August 3, 2020, seven days before Defendants must submit their response to Plaintiffs' motion for a preliminary injunction. This submission is therefore timely.

MOTION TO FILE BRIEF OF U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE*
Case No. 2:20-CV-01105

OFFICE OF THE GENERAL COUNSEL, U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Bldg., Washington, D.C. 20515
(202) 225-9700

IV. **CONCLUSION**

Proposed *amicus* U.S. House of Representatives respectfully requests permission to file the attached *amicus curiae* brief in support of Plaintiff's Motion for a Preliminary Injunction.

DATED this 3rd day of August, 2020.

| | |
|---|---|
| Elizabeth B. Wydra | /s/ Douglas N. Letter |
| Brianne J. Gorod | Douglas N. Letter |
| Ashwin P. Phatak | *General Counsel* |
| CONSTITUTIONAL ACCOUNTABILITY CENTER | Todd B. Tatelman |
| | Megan Barbero |
| 1200 18th Street NW, Suite 501 | Josephine Morse |
| Washington, D.C. 20036-2513 | William E. Havemann |
| Tel: (202) 296-6889 | OFFICE OF GENERAL COUNSEL |
| brianne@theusconstitution.org | U.S. HOUSE OF REPRESENTATIVES |
| | 219 Cannon House Office Building |
| | Washington, D.C. 20515 |
| | Tel: (202) 225-9700 |
| | douglas.letter@mail.house.gov |

*Counsel for Amicus U.S. House of Representatives*[*]

August 3, 2020

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives, including any counsel specially retained by the Office of General Counsel, are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

MOTION TO FILE BRIEF OF U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE*
Case No. 2:20-CV-01105

OFFICE OF THE GENERAL COUNSEL, U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Bldg., Washington, D.C. 20515
(202) 225-9700

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel who have entered an appearance. I further certify that on August 4, 2020, service of the foregoing document will be accomplished via Fedex Overnight Delivery to the following:

William K. Lane III
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Dated: August 3, 2020

*/s/ Douglas N. Letter*
Douglas N. Letter

MOTION TO FILE BRIEF OF U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE*
Case No. 2:20-CV-01105

OFFICE OF THE GENERAL COUNSEL, U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Bldg., Washington, D.C. 20515
(202) 225-9700