UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>                  Defendants. | CASE NO. C20-1105JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter comes before the court on the parties' joint request for remote oral argument setting.  (*See* Joint Request (Dkt. # 38).)  Pursuant to the parties' request (*see id.* ¶ 4), the court sets oral argument on Plaintiff the State of Washington's motion for a preliminary injunction (*see* Mot. for Prelim. Inj. (Dkt. # 4)) for 2:00 PM PDT on Friday, August 14, 2020.  The court will hold argument via Zoom videoconference and will

MINUTE ORDER - 1

provide the parties and the public with the information necessary to join the videoconference.

In order to ensure that the motion for a preliminary injunction is fully briefed in time for the court to adequately prepare for argument, the court ORDERS that the State of Washington's reply brief on its motion for a preliminary injunction shall be due by 4:30 PM PDT on Thursday, August 13, 2020.

Filed and entered this 7th day of August, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2