The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services;<br><br>               Defendants. | NO.  2:20-cv-01105-JLR<br><br>ORDER GRANTING MOTION FOR EXPEDITED LEAVE TO FILE AMICUS CURIAE BRIEF BY NORTHWEST HEALTH LAW ADVOCATES, AND INDIVIDUALS C.P., AND M.D.<br><br>**Noted for:  August 7, 2020** |

Proposed Amici Northwest Health Law Advocates (NoHLA) and two minor children, C.P. by and through his parents, P.P. and N.P., and M.D., by and through her parents, C.D. and A.D., request expedited leave to file an amicus curiae brief in support of Plaintiff State of Washington's Motion for Preliminary Injunction.  Having considered the motion and the parties' responses, if any, the motion of proposed Amici is GRANTED.

1    Accordingly, it is ORDERED:

2    1.    The Motion for Expedited Leave to File Amicus Curiae Brief by NoHLA,

3    C.P., and M.D., is GRANTED;

4    2.    The amicus curiae brief of NoHLA, C.P., and M.D., shall be filed within

5    one court day of this Order.

6

     It is so ORDERED this 10th day of August, 2020.

7

8

9    _____

     JAMES L. ROBART

10   United States District Judge

11   Presented by:

12   SIRIANNI YOUTZ

13   SPOONEMORE HAMBURGER PLLC

14   _____/s/ Eleanor Hamburger_____
     Eleanor Hamburger (WSBA #26478)

15   3101 Western Avenue, Suite 350
     Seattle, WA 98121

16   Tel. (206) 223-0303

17   Email: ehamburger@sylaw.com

18   NORTHWEST HEALTH LAW ADVOCATES

19   _____/s/ Janet Varon_____

20   Janet Varon (WSBA #14125)
     101 Yesler Way, Suite 300

21   Seattle, WA 98104

22   Tel. (206) 325-6464
     Email: janet@nohlaw.org

23

24   Attorneys for Proposed Amici

25

26
     ORDER GRANTING MOTION FOR EXPEDITED LEAVE
     TO FILE AMICUS CURIAE BRIEF BY NORTHWEST
     HEALTH LAW ADVOCATES ET AL. – 2