THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>    Defendants. | No. 2:20-cv-01105-JLR<br><br>**ORDER GRANTING AGREED MOTION FOR LEAVE TO FILE BRIEF OF U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS** |

This MATTER came before the Court on the Agreed Motion for Leave to File Brief of U.S. House of Representatives as *Amicus Curiae* in support of Plaintiffs. Having considered the Motion, and all relevant evidence and authorities, it is hereby:

ORDERED that the motion is GRANTED.

ENTERED this   10th   day of   August  , 2020.

_____
The Honorable James L. Robart
United States District Court Judge

ORDER RE: MOTION FOR LEAVE TO FILE BRIEF
OF U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE*
Case No. 2:20-cv-01105

1