The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES; ALEX
M. AZAR, in his official capacity as the
Secretary of the United States Department of
Health and Human Services,

        Defendants.

No. 2:20-cv-01105-JLR

**ORDER GRANTING MOTION FOR
LEAVE TO FILE *AMICUS CURIAE*
BRIEF BY LOCAL GOVERNMENT
*AMICI* IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTION**

**Noted for:  August 7, 2020**

Local Government *Amici*—including the City of Everett, King County and Public Health –
Seattle & King County, the City of Seattle, and Tacoma, Washington—request leave to file an
*amicus curiae* brief in support of Plaintiff State of Washington's Motion for Preliminary Injunction.
Having considered the Motion and all relevant evidence and authorities the Local Government
*Amici's* Motion is GRANTED.

//

//

//

//

1

ORDER GRANTING MOTION FOR LEAVE
TO FILE AMICUS CURIAE BRIEF IN
SUPPORT OF PLAINTIFF
2:20-cv-01105-JLR

1     Accordingly, it is ORDERED:

2         1.    The Motion for Leave to File *Amicus Curiae* Brief by Local Government *Amici* is

3    GRANTED;

4         2.    The *amicus curiae* brief of Local Government *Amici* shall be filed the date of this

5    Order.

6

7         Dated this 10th day of August, 2020.

8

9                                    _____

10                                   THE HONORABLE JAMES L. ROBART
                                     United States District Judge

11

12   Presented by:

13   JAMES R. WILLIAMS
     COUNTY COUNSEL

14

15   By: */s/ Lorraine Van Kirk*_____
           James R. Williams, County Counsel
16         Greta S. Hansen, Chief Assistant County Counsel
           Douglas M. Press, Assistant County Counsel
17         Laura S. Trice, Lead Deputy County Counsel
           Jeremy A. Avila, Deputy County Counsel
18         Lorraine Van Kirk, Deputy County Counsel
           Mary E. Hanna-Weir, Deputy County Counsel
19         70 West Hedding Street, East Wing, Ninth Floor
           San José, California  95110-1770
20         *Attorneys for the County of Santa Clara, California*

21

22         Mark A. Flessner
           Corporation Counsel, City of Chicago
23         Stephen J. Kane, Deputy Corporation Counsel
           Rebecca Hirsch, Assistant Corporation Counsel
24         121 North LaSalle Street, Room 600
           Chicago, IL 60602
25         *Attorneys for the City of Chicago, Illinois*

26   //

27   //

28   //
                                        2

ORDER GRANTING MOTION FOR LEAVE
TO FILE AMICUS CURIAE BRIEF IN
SUPPORT OF PLAINTIFF
2:20-cv-01105-JLR

By: */s/ Erica R. Franklin*
    Peter S. Holmes
    City Attorney, City of Seattle
    Erica R. Franklin, Assistant City Attorney
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    *Attorneys for City of Seattle, Washington*

ORDER GRANTING MOTION FOR LEAVE
TO FILE AMICUS CURIAE BRIEF IN
SUPPORT OF PLAINTIFF
2:20-cv-01105-JLR