The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services;<br><br>Defendants. | NO. 2:20-cv-01105-JLR<br><br>ORDER GRANTING MOTION FOR EXPEDITED LEAVE TO FILE AMICUS CURIAE BRIEF BY THE NATIONAL HEALTH LAW PROGRAM ET AL. |

Proposed Amici the National Health Law Program, Justice in Aging, Public Citizen Foundation, California Pan-Ethnic Health Network, Center for Public Representation, Communication First, Disability Rights Education and Defense Fund, Disability Rights Washington, Legal Voice, National Council on Interpreting in Health Care, and SAGE ("National Health Law Program et al.") request expedited leave to file an amicus curiae brief in support of Plaintiff State of Washington's Motion for Preliminary Injunction. Having considered the motion and the parties' responses, if any, the motion of proposed Amici is GRANTED.

Accordingly, it is ORDERED:

1. The Motion for Expedited Leave to File Amicus Curiae Brief by the National Health Law Program et al. is GRANTED;

2. The amicus curiae brief of the National Health Law Program et al. shall be filed within one court day of this Order.

It is so ORDERED this __14th__ day of __August__, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

NATIONAL HEALTH LAW PROGRAM

 /s/ Abigail Coursolle 

Abigail Coursolle (admitted *pro hac vice*)
Jane Perkins*
Elizabeth Edwards*
Cathren Cohen*
3101 Wilshire Blvd., Suite 750
Los Angeles, CA 90010
Tel. (310) 204-6010
Email:
coursolle@healthlaw.org
perkins@healthlaw.org
edwards@healthlaw.org
cohen@healthlaw.org

* Not admitted to W.D. Washington

ORDER GRANTING MOTION FOR EXPEDITED
LEAVE TO FILE AMICUS CURIAE BRIEF BY
NATIONAL HEALTH LAW PROGRAM ET AL. – 2

SMITH & LOWNEY PLLC

 /s/ Eric "Knoll" D Lowney 

Eric "Knoll" D Lowney (WSB # 23457)
2317 E. John St.
Seattle, WA 98112
Tel. (206) 860-2976
Email: knoll@smithandlowney.com

ORDER GRANTING MOTION FOR EXPEDITED
LEAVE TO FILE AMICUS CURIAE BRIEF BY
NATIONAL HEALTH LAW PROGRAM ET AL. – 3