ETHAN P. DAVIS
Acting Assistant Attorney General
DAVID MORRELL
Deputy Assistant Attorney General
MICHELLE BENNETT
Assistant Director, Federal Programs Branch
WILLIAM LANE
Counsel to the Assistant Attorney General
JORDAN L. VON BOKERN
LIAM C. HOLLAND
Trial Attorneys, Federal Programs Branch

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON. | ) | Case No. 2:20-CV-01105-JLR |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DECISION IN *WALKER*** |
| | ) | ***v. AZAR*, No. 20-cv-02834 (E.D.N.Y.)** |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES; | ) | |
| ALEX M. AZAR, in his official capacity as | ) | |
| the Secretary of the United States | ) | |
| Department of Health and Human Services, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants hereby submit notice of a Memorandum and Order issued by the United States District Court for the Eastern District of New York on August 17, 2020, in *Walker v. Azar*, No. 20-cv-02834, granting the plaintiffs' motion for a stay and preliminary injunction of a portion of the Department of Health and Human Services's 2020 Rule, *see* Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority, 85 Fed. Reg. 37,160 (June 19, 2020).  The Memorandum and Order is attached for the Court's convenience.

Dated: August 18, 2020.

ETHAN P. DAVIS
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

WILLIAM K. LANE III
Counsel to the Assistant Attorney General

*/s/ Liam C. Holland*_____
LIAM C. HOLLAND
JORDAN L. VON BOKERN
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20530
Liam.C.Holland@usdoj.gov
Telephone:  (202) 514-4964
Facsimile:  (202) 616-8470

*Attorneys for Defendants*

CASE NO. 2:20-CV-01105-JLR
NOTICE OF ORDER IN DECISION IN *WALKER V. AZAR*, NO. 20-cv-02834 (E.D.N.Y.)

1