The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, in his official capacity as the Secretary of the United States Department of Health and Human Services,<br><br>Defendants. | NO. 2:20-cv-01105-JLR<br><br>PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 41(a)(1)(B), Plaintiff State of Washington notifies the Court and Defendants that this action shall be dismissed without prejudice.

//

//

//

PLAINTIFF'S NOTICE OF DISMISSAL
WITHOUT PREJUDICE
NO. 2:20-cv-01105-JLR

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

DATED this 8th day of September, 2020.

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General

*s/ Brian Sutherland*
BRIAN SUTHERLAND, WSBA No. 37969
NEAL LUNA, WSBA No. 34085
MARSHA CHIEN, WSBA No. 47020
Assistant Attorneys General
Attorneys for Plaintiff State of Washington
Wing Luke Civil Rights Division
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 464-7744
Brian.Sutherland@atg.wa.gov
Neal.Luna@atg.wa.gov
Marsha.Chien@atg.wa.gov

PLAINTIFF'S NOTICE OF DISMISSAL
WITHOUT PREJUDICE
NO. 2:20-cv-01105-JLR

2

**ATTORNEY GENERAL OF WASHINGTON**
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 8th day of September, 2020.

*s/ Anna Alfonso*
ANNA ALFONSO
Legal Assistant

PLAINTIFF'S NOTICE OF DISMISSAL
WITHOUT PREJUDICE
NO. 2:20-cv-01105-JLR

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744